James VIZE v. VERMONT STATE COLLEGES, No. 207-80

August 27, 1980. Motion for consolidation with docket numbers 204-80, 205-80, 206-80, 208-80 is denied. Permission to brief and argue

these matters together is granted.

Daley, J.